IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| COMPUTER CIRCUIT OPERATIONS LLC,<br><br>Plaintiff<br><br>-against-<br><br>MARVELL INTERNATIONAL, LTD.,<br>MARVELL TECHNOLOGY GROUP LTD.,<br>MARVELL SEMICONDUCTOR, INC.<br><br>Defendants | Case No.: 6:20-cv-00044<br><br>**Jury Trial Demanded** |

**PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Computer Circuit Operations LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  January 22, 2020

Respectfully submitted,

 /s/   Dmitry Kheyfits
Dmitry Kheyfits
Texas Bar No. 24115271
(*pro hac vice* to be filed)
dkheyfits@kblit.com
KHEYFITS BELENKY LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 415-429-1739
Fax: 415-429-6347

Brandon G. Moore
KHEYFITS BELENKY LLP

7500 Rialto Boulevard, Bldg. 1
Suite 250
Austin, TX 78735
Tel: 737-228-1838
Fax: 737-228-1843

Andrey Belenky
(*pro hac vice* to be filed)
abelenky@kblit.com
Hanna G. Cohen
(*pro hac vice* to be filed)
hgcohen@kblit.com
KHEYFITS BELENKY LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: 212-203-5399
Fax: 212-203-6445

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorneys for Plaintiff*
*Computer Circuit Operations LLC*