AO 120 (Rev. 08/10)

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court    Western District of Texas - Waco Division                    on the following

Trademarks or        Patents. (        the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 6:20-cv-00044 | DATE FILED | U.S. DISTRICT COURT Western District of Texas - Waco Division |
|---|---|---|
| PLAINTIFF Computer Circuit Operations LLC | | DEFENDANT Via Technologies, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,820,234 | Nov. 16, 2004 | Computer Circuit Operations LLC |
| 2 | 7,107,386 | Sept. 12, 2006 | Computer Circuit Operations LLC |
| 3 | 7,278,069 | Oct. 2, 2007 | Computer Circuit Operations LLC |
| 4 | 7,426,603 | Sept. 16, 2008 | Computer Circuit Operations LLC |
| 5 | 6,480,021 | Nov. 12, 2002 | Computer Circuit Operations LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | Amendment | Answer | Cross Bill    Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**