# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Computer Circuit Operations LLC <br><br> *Plaintiff(s)* <br> v. <br> Marvell International, Ltd., <br> Marvell Technology Group, Ltd., and <br> Marvell Semiconductor, Inc. <br> *Defendant(s)* | Civil Action No. 6:20-cv-00044 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Marvell International, Ltd.
        Canon's Court
        22 Victoria Street
        Hamilton, HM 12, Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Raymond W. Mort, III
        The Mort Law Firm, PLLC
        100 Congress Ave, Suite 2000
        Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

        *Signature of Clerk or Deputy Clerk*

Civil Action No. 6:20-cv-00044

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* was received by me on *(date)*                .

❏ I personally served the summons on the individual at *(place)*
                                                 on *(date)*                ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
                                , a person of suitable age and discretion who resides there,
on *(date)*                , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                                , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                 on *(date)*                ; or

❏ I returned the summons unexecuted because                                ; or

❏ Other *(specify)*:

My fees are $            for travel and $            for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                        *Server's signature*

                                                     *Printed name and title*


                                                        *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Computer Circuit Operations LLC )
)
)
)
)
*Plaintiff(s)* )
v. )
Marvell International, Ltd., )
Marvell Technology Group, Ltd., and )
Marvell Semiconductor, Inc. )
*Defendant(s)* )

Civil Action No. 6:20-cv-00044

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Marvell Semiconductor, Ltd.
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Raymond W. Mort, III
The Mort Law Firm, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:20-cv-00044

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*                              .

❏ I personally served the summons on the individual at *(place)*
                                                            on *(date)*                    ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
                                           , a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                                    , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                            on *(date)*                    ; or

❏ I returned the summons unexecuted because                                          ; or

❏ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                             *Server's signature*

                              *Printed name and title*


                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Computer Circuit Operations LLC <br><br> *Plaintiff(s)* <br> v. <br> Marvell International, Ltd., <br> Marvell Technology Group, Ltd., and <br> Marvell Semiconductor, Inc. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:20-cv-00044 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Marvell Technology Group, Ltd.
      Canon's Court
      22 Victoria Street
      Hamilton, HM 12, Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Raymond W. Mort, III
      The Mort Law Firm, PLLC
      100 Congress Ave, Suite 2000
      Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                *Signature of Clerk or Deputy Clerk*

Civil Action No. 6:20-cv-00044

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* was received by me on *(date)* .

❐ I personally served the summons on the individual at *(place)* on *(date)* ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* on *(date)* ; or

❐ I returned the summons unexecuted because ; or

❐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: